IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DEREK WILLIAM BROWN, SPN #01373004, § § § | |
| Plaintiff, § § | |
| v. § | CIVIL ACTION NO. H-20-0725 |
| § | |
| LIEUTENANT LOGAN BOWERS, et al., § § § | |
| Defendants. § | |

### FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 27th day of April, 2021.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE